No. 83–6919. FREY *v.* PENNSYLVANIA. Sup. Ct. Pa.;

No. 83–6946. STOYKO *v.* PENNSYLVANIA. Sup. Ct. Pa.;

No. 84–5045. COLLINS *v.* FRANCIS, WARDEN. C. A. 11th Cir.;

No. 84–5170. OWENS *v.* ILLINOIS. Sup. Ct. Ill.;

No. 84–5175. OWENS *v.* ILLINOIS. Sup. Ct. Ill.;

No. 84–5180. PRUETT *v.* ARKANSAS. Sup. Ct. Ark.;

No. 84–5205. CABALLERO *v.* ILLINOIS. Sup. Ct. Ill.;

No. 84–5298. KELLY *v.* TEXAS. Ct. Crim. App. Tex.;

No. 84–5334. MAYNARD *v.* NORTH CAROLINA. Sup. Ct. N. C.;

No. 84–5349. RICKMAN *v.* TENNESSEE. Ct. Crim. App. Tenn.; and

No. 84–5351. WHITE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied. Reported below: No. 83–6919, 504 Pa. 428, 475 A. 2d 700; No. 83–6946, 504 Pa. 455, 475 A. 2d 714; No. 84–5045, 728 F. 2d 1322; No. 84–5170, 102 Ill. 2d 145, 464 N. E. 2d 252; No. 84–5175, 102 Ill. 2d 88, 464 N. E. 2d 261; No. 84–5180, 282

Ark. 304, 669 S. W. 2d 186; No. 84–5205, 102 Ill. 2d 23, 464 N. E. 2d 223; No. 84–5298, 667 S. W. 2d 720; No. 84–5334, 311 N. C. 1, 316 S. E. 2d 197; No. 84–5351, 671 S. W. 2d 241.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.